UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-CR-00374-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDREW HARGETT, JR. | ORDER |

THIS CAUSE came on to be heard and was heard upon the Defendant's Motion to Seal the Motion to Continue the Suppression Hearing. The Court is of the opinion that this motion should be allowed in the interest of justice.

IT IS, THEREFORE ORDERED that the requested document to be sealed be filed under seal.

This the __30__ day of January, 2017.

_____
THE HONORABLE JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT COURT JUDGE