IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-374-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANDREW HARGETT, JR., | ) | |
| | ) | |
| Defendant. | ) | |

On March 20, 2017, the court held a hearing on defendant's motion to suppress [D.E. 42]. On March 21, 2017, the court announced its decision in open court denying the motion to suppress. The court's findings and conclusions are incorporated herein by reference. In sum, defendant's motion to suppress [D.E. 42] is DENIED.

SO ORDERED. This 21 day of March 2017.

JAMES C. DEVER III
Chief United States District Judge