UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:15-CR-00374-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | MOTION TO WITHDRAW |
| | ) | AS COUNSEL OF RECORD |
| | ) | |
| ANDREW HARGETT, JR. | ) | |

NOW COMES undersigned counsel, Nardine Mary Guirguis, and moves this Honorable Court for an order allowing her to withdraw as counsel of record in the above referenced case. The undersigned counsel respectfully shows unto the Court the following in support of this motion:

1. Undersigned counsel submitted a Notice of Appearance on April 15, 2016, to represent Andrew Hargett, Jr. in the United States District Court.

2. On March 20, 2017, Defendant's previously submitted Motion to Suppress was heard by this Honorable Court, but thereafter on March 21, 2017 it was denied.

3. Undersigned counsel, on March 27, 2017 received a call from the defendant wanting to sever the existing contract with undersigned counsel and to have undersigned counsel withdraw from this matter.

4. Thereafter, on March 30, 2017, undersigned counsel was informed that Mr. Hargett needs the assistance of an assigned attorney and will not be retaining another attorney.

5. Accordingly, it appears to the undersigned that Mr. Hargett wants different representation for the pendency of this case and would accordingly like for the court to assign him Court appointed representation.

6. Additionally, undersigned counsel informed Assistant United States Attorney Eleanor Morales of this motion on March 30, 2017.

7. Pursuant to North Carolina Rules of Professional Conduct 1.16, undersigned counsel has determined the necessity to respectfully withdraw from the aforementioned case.

WHEREFORE, the undersigned counsel respectfully moves this Honorable Court for an order allowing her to withdraw as counsel for Andrew Hargett, Jr., and for the court to appoint new counsel for Andrew Hargett, Jr., and suspend briefing while this motion is pending.

Respectfully submitted this 31st day of March, 2017,

GUIRGUIS LAW, PA

/s/ Nardine Mary Guirguis
Nardine Mary Guirguis
Retained Attorney for the Defendant
434 Fayetteville Street, Suite 2140
Raleigh, North Carolina 27601
Telephone: (919) 832-0500
nardine@guirguislaw.com

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the Assistant Attorney for the United States by electronic transmission as indicated below:

> Eleanor Morales
> Assistant United States Attorney
> 310 New Bern Avenue, Suite 800
> Eleanor.Morales@usdoj.gov
> Raleigh, North Carolina 27601-1461

> James J. Kurosad
> Assistant United States Attorney
> 310 New Bern Avenue, Suite 800
> James.Kurosad@usdoj.gov
> Raleigh, North Carolina 27601-1461

This 31st day of March, 2017,

> GUIRGUIS LAW, PA
>
> /s/ Nardine Mary Guirguis
> Nardine Mary Guirguis
> Attorney for the Defendant
> 434 Fayetteville Street, Suite 2140
> Raleigh, North Carolina 27601
> Telephone: (919) 832-0500