IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-374-D

| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | ORDER |
| | ) | |
| ANDREW HARGETT, JR., | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY ORDERED that the following Government Exhibits be returned to
____Phil Lewis____ and remain in his or her custody through the time of sentencing and any
proceeding on appeal or review.

**EXHIBIT #**     **EXHIBIT DESCRIPTION**

| EXHIBIT # | EXHIBIT DESCRIPTION |
|-----------|---------------------|
| 6 | 2.5 kilos of cocaine from trunk of blue Maxima |
| 8 | .45 caliber firearm from blue Maxima |
| 9 | .45 caliber ammunition from blue Maxima |
| 15 | Narcotics from apartment (49ers jacket) |
| 16 | Narcotics from apartment (black coat) |
| 17 | Narcotics from apartment (dresser) |
| 18 | Narcotics from apartment (oven mitt in kitchen) |
| 19 | Pyrex pot with drug residue |
| 21 | Digital Scale |
| 22 | Digital scale (glass top) |

SO ORDERED. This __21__ day of August 2018.

_Phryyolecils_
Agent's Signature

_4 - Dever_
JAMES C. DEVER III
Chief United States District Judge