IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:15-CR-00374-D

UNITED STATES OF AMERICA :
:
v. :
:
ANDREW HARGETT, JR. :

## ORDER OF FORFEITURE

WHEREAS, pursuant to the defendant being found guilty by Verdict of a jury as to Counts One through Four of the Second Superseding Criminal Indictment on August 21, 2018, and further evidence of record and as presented by the Government, the Court finds that the following property is hereby forfeitable pursuant to 18 U.S.C. § 924(d)(1), made applicable to this proceeding by virtue of 28 U.S.C. § 2461(c), to wit:

(a) Glock model 21 .45 caliber handgun, Serial No. BRR297US, and

(b) Any and all related ammunition;

AND WHEREAS, by virtue of said Guilty Verdict, the United States is now entitled to possession of said personal property, pursuant to Fed. R. Crim. P. 32.2(b)(3);

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the entry of the Verdict as to the defendant, the United States is hereby authorized to seize the

above-stated personal property, and it is hereby forfeited to the United States for disposition in accordance with the law, including destruction, as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order shall be final at sentencing.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED. This **20** day of **November**, 2018.

*/s/ Dever*
JAMES C. DEVER, III
United States District Judge