IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-374-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ANDREW HARGETT, JR., | ) | |
| | ) | |
| Defendant. | ) | |

On July 18, 2025, Andrew Hargett petitioned the United States Court of Appeals for the Fourth Circuit for a writ of mandamus seeking an order directing this court to rule on Hargett's motion for compassionate release. On March 25, 2025, the court denied Hargett's motion for compassionate release [D.E. 233].

SO ORDERED. This 18 day of July, 2025.

JAMES C. DEVER III
United States District Judge