IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CR-374-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANDREW HARGETT, JR., | ) | |
| | ) | |
| Defendant. | ) | |

The United States SHALL file a response to defendant's motion for leave to appeal [D.E. 238]. The response is due no later than September 8, 2025.

SO ORDERED. This __2__ day of September, 2025.

JAMES C. DEVER III
United States District Judge